Deborah B. Wafer, District Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

### ORDER

PER CURIAM.

Eddie Williams appeals from his conviction of two counts of second degree assault in violation of § 565.060, RSMo 1994, and two counts of armed criminal action in violation of § 571.015, RSMo 1994. Defendant also appeals from the denial of his Rule 29.15 motion without an evidentiary hearing.

The judgments of the trial court and motion court are affirmed. Rule 84.16(b) and 30.25(b). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holdings.

James M. Martin, Heidi L. Leopold, Martin & Malec, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Kurt U. Schaefer, Assistant Attorney General, Jefferson City, for respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

### ORDER

PER CURIAM.

Defendant appeals from his conviction by a jury of three counts of second degree assault and three counts of armed criminal action and the resultant concurrent six eight year terms of imprisonment imposed by the court on defendant as a prior and persistent offender. The verdict is supported by the evidence, no error of law appears, and an opinion would have no precedential value.

Judgment affirmed. Rule 30.25(b).

---

**STATE of Missouri, Respondent,**

. v.

**Gary BROWN, Appellant.**

No. 70165.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 15, 1997.

---

**STATE of Missouri, Plaintiff/Respondent,**

. v.

**David TURNER, Respondent/Appellant.**

No. 69746.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 15, 1997.